IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellant,<br>v.<br>CITY OF NEWARK, et al.,<br>Defendants-Appellees. | No. 26-3141 |

**RESPONSE TO COURT ORDER**

Plaintiff-appellant the United States of America hereby responds to the Court's order dated September 9, 2026, seeking a "written response[] addressing th[e] issue" of whether the district court's order dismissing the complaint without prejudice and with leave to amend is "final within the meaning of 28 U.S.C. § 1291 or otherwise appealable at this time." Order 1, ECF 4. The government hereby notifies the Court that on September 22, 2026, it submitted a letter to the district court indicating its intent to stand on the complaint and asking the district court to issue a final order. *See Weber v. McGrogan*, 939 F.3d 232, 240 (3d Cir. 2019) (approving of these procedures). The

government will submit a notice informing this Court when the district court has acted on the government's request for entry of a final order.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC D. MCARTHUR
*Deputy Assistant Attorney General*

DANIEL TENNY

*/s/ Andrew Shi*
ANDREW SHI
*Attorneys, Appellate Staff*
*Civil Division, Room 7214*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 305-1754*
*Andrew.Shi@usdoj.gov*

SEPTEMBER 2026

## CERTIFICATE OF SERVICE

On September 23, 2026, I electronically filed the foregoing response to court order with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

*/s/ Andrew Shi*
ANDREW SHI