IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellant,<br>v.<br>CITY OF NEWARK, et al.,<br>Defendants-Appellees. | No. 26-3141 |

**CONSENT MOTION FOR A 45-DAY EXTENSION**

Plaintiff-appellant the United States of America respectfully moves under Circuit Rule 31.4, for a 45-day extension of time to file its opening brief. Counsel for defendants-appellees consent to this motion. As extended, the brief would be due on December 31, 2026. There is good cause for the motion, for the reasons that follow:

1. Lead counsel for plaintiff-appellant, Andrew Shi, will be on scheduled parental leave from October 10 through November 29.

2. This is appellant's first request for an extension.

3. Counsel for defendants-appellees consent to this motion.

## CONCLUSION

For the foregoing reasons, the Court should grant a 45-day extension of time to file appellant's opening brief, through and including December 31, 2026.

Respectfully submitted,


BRETT A. SHUMATE
*Assistant Attorney General*

ERIC D. MCARTHUR
*Deputy Assistant Attorney General*

DANIEL TENNY

*/s/ Andrew Shi*

ANDREW SHI
*Attorneys, Appellate Staff*
*Civil Division, Room 7214*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 305-1754*
*Andrew.Shi@usdoj.gov*


OCTOBER 2026

## CERTIFICATE OF SERVICE

On October 14, 2026, I electronically filed the foregoing response to court order with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

*/s/ Andrew Shi*
ANDREW SHI